In the Matter of Patrick Milton Kelly (Also Known as Patrick M. Kelly), an Attorney, Respondent.

First Department, June 16, 1939.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On March 20, 1939, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny in the first degree, which crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and DORE, JJ.

Respondent disbarred.